```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA


JAMES ROCKETT,                    :
                                  :
        Petitioner                :    No. 1:15-CV-01763
                                  :
   vs.                            :    (Judge Kane)
                                  :
C. MAIORANA,                      :
                                  :
        Respondent                :
```

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Rockett's petition for writ of habeas corpus (Doc. 1) is dismissed.

2. The Clerk of Court is directed to close this case.

```
                              S/ Yvette Kane
                           Yvette Kane
                           United States District Judge
```

Dated: November 23, 2015